**Karenazo MILLER, a/k/a Deshaun Bostic, Plaintiff—Appellant,**

v.

**UNITED STATES of America; A.F. Beeler, Defendants—Appellees.**

No. 04–7965.

United States Court of Appeals, Fourth Circuit.

Submitted: May 12, 2005.

Decided: May 17, 2005.

Karenazo Miller, Appellant pro se.

Before TRAXLER, KING, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Karenazo Miller appeals the district court's order dismissing his 28 U.S.C. § 2241 (2000) motion. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Miller v. United States,* No. CA–04–715–H (E.D.N.C. Oct. 28, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*